# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH M. SMITH, | Case No. 2:16-cv-02156-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 8) |
| ONE NEVADA CREDIT UNION, | |
| Defendant(s). | |

Pending before the Court is Defendant's motion to seal its earlier filing on the basis that it includes Plaintiff's personal identifiers. *See* Docket No. 8; *see also* Fed. R. Civ. P. 5.2; Local Rule IC 6-1. The motion is hereby **GRANTED**, and the Clerk's Office is **INSTRUCTED** to seal Docket No. 6 and the exhibits thereto. No later than November 4, 2016, Defendant shall file a properly redacted version of its motion to dismiss and the exhibits attached thereto.

IT IS SO ORDERED.

DATED: November 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge