# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH J. SMITH, <br>             Plaintiff(s), <br> vs. <br> ONE NEVADA CREDIT UNION, <br>             Defendant(s). | Case No. 2:16-cv-02156-GMN-NJK <br> ORDER <br> (Docket Nos. 19, 20) |

Pending before the Court is Plaintiff's proposed discovery plan and Defendant's request to stay discovery pending resolution of its motion to dismiss. Docket Nos. 19, 20. Neither party addresses the pertinent standards for the stay request, nor provides meaningful discussion of the request. The Court hereby **ORDERS** Defendant to file, no later than December 22, 2016, a motion to stay discovery addressing the applicable standards. *See, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). Discovery shall be stayed on an interim basis pending resolution of that motion to stay.

Plaintiff's proposed discovery plan filed at Docket No. 19 is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: December 16, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge