1  Michael Kind, Esq. (SBN: 13903)
2  Kazerouni Law Group, APC
   7854 W. Sahara Avenue
3  Las Vegas, NV 89117
   Phone: (800) 400-6808 x7
4  FAX: (800) 520-5523
5  mkind@kazlg.com

6
   David H. Krieger, Esq. (SBN: 9086)
7  Haines & Krieger, LLC
   8985 S. Eastern Avenue, Suite 350
8  Henderson, Nevada 89123
9  Phone: (702) 880-5554
   FAX: (702) 385-5518
10 dkrieger@hainesandkrieger.com
11 *Attorneys for Plaintiff*

12

13              **UNITED STATES DISTRICT COURT**
14                  **DISTRICT OF NEVADA**

15

| | |
|---|---|
| 16 Joseph J. Smith, *individually and* | Case No.: 2:16-cv-02156-GMN-NJK |
| 17 *on behalf of all others similarly situated*, | |
| 18 | **Motion for Leave to File Supplemental Authorities in support of Plaintiff's Opposition to Defendant's Motion to Stay Discovery [ECF No. 27]** |
| 19                    Plaintiff, | |
| 20 v. | |
| 21 One Nevada Credit Union, | |
| 22                    Defendant. | |
| 23 | |

24        Pursuant to LR 7-2(g), Plaintiff Joseph J. Smith ("Plaintiff") respectfully
25 requests leave to file supplemental authorities in support of his opposition to
26 Defendant One Nevada Credit nion's ("Defendant") Motion to Stay Discovery.
27 ECF Nos. 25, 27.  Plaintiff seeks to supplement the record with this Court's order
28 denying a motion to stay discovery in *Maldonado v. HSBC Mortgage Services, Inc.*,

*KAZEROUNI LAW GROUP, APC*
*7854 West Sahara Avenue*
*Las Vegas, Nevada 89117*

KAZEROUNI LAW GROUP, APC
7854 West Sahara Avenue
Las Vegas, Nevada 89117

1  No. 2:16–cv–784–JAD–VCF (D. Nev. Jan. 10, 2017), attached hereto as **Exhibit A**,

2  issued by this Court after Plaintiff's opposition, ECF No. 27, had been filed.

3       Under LR 7-2(g), good cause exists for Plaintiff to supplement the record

4  with *Maldonado* since that case was issued after Plaintiff filed his opposition and

5  involves many of the same issues in this case.  In particular, *Maldonado* denied a

6  motion to stay discovery pending a ruling on a motion to dismiss an FCRA claim

7  based on the defendant's access of the plaintiff's consumer report without a

8  permissible purpose.  The defendant argued that the plaintiff lacked Article III

9  standing after *Spokeo*.  *See* Motion and Reply, attached hereto as **Exhibits B, D**.

10  The plaintiff argued that he had sufficiently alleged an injury-in-fact—an invasion

11  of his privacy, among other things.  *See* Opposition, attached hereto as **Exhibit C**.

12  Good cause therefore exists for Plaintiff to supplement the record with *Maldonado*

13  since these exact issues are present in this case.  *See* Plaintiff's Opposition to

14  Motion to Stay, ECF No. 27.

15       Plaintiff therefore requests that this Court grant Plaintiff leave to supplement

16  the record with *Maldonado*, attached hereto as **Exhibit A**, and that this Court

17  consider that case in its ruling on the pending Motion to Stay Discovery in this

18  case.  ECF No. 25.

19       DATED this 11th day of January 2017.

20

21                                       **Kazerouni Law Group, APC**

22                                       By: /s/ Michael Kind

23                                       Michael Kind, Esq.
                                     7854 W. Sahara Avenue

24                                       Las Vegas, NV 89117

25                                       *Attorneys for Plaintiff*

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil

3 Procedure that on January 11, 2017, the foregoing Plaintiff's Motion for Leave was

4 served via CM/ECF to all parties appearing in this case.

5

6                          **KAZEROUNI LAW GROUP, APC**

7                          By: /s/ Michael Kind

8                               Michael Kind
                               7854 W. Sahara Avenue
9                               Las Vegas, NV 89117

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAZEROUNI LAW GROUP, APC
7854 West Sahara Avenue
Las Vegas, Nevada 89117