# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH J. SMITH, | Case No. 2:16-cv-02156-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| ONE NEVADA CREDIT UNION, | (Docket No. 34) |
| Defendant(s). | |

Pending before the Court are the parties' competing positions for discovery presented through their contested discovery plan. Docket No. 34. The Court finds that a scheduling order is properly entered without a hearing, *see* Local Rule 78-1, so Defendant's request for a hearing is **DENIED**.

The Court hereby **SETS** the following scheduling order:

- Discovery will not be limited as requested by Defendant based on the pendency of its motion to dismiss.
- Discovery will be conducted in phases, first with respect to class certification and second with respect to the merits.
- The deadline to amend the pleadings or add parties is March 27, 2017.
- Certification-related experts shall be disclosed by April 26, 2017.
- Certification-related rebuttal experts shall be disclosed by May 26, 2017.
- The certification-related discovery cutoff is June 26, 2017.

1 • The deadline to file the motion for class certification is July 26, 2017.[1]

2 • Within 14 days of the issuance of the order resolving the motion for class certification, the parties shall file a joint proposal regarding the merits-related phase of discovery.

IT IS SO ORDERED.

DATED: January 26, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Unless otherwise ordered by the assigned district judge, the motion shall be briefed pursuant to the default schedule established in the local rules.