Abbas Kazerounian, Esq.
*Pro Hac Vice*
**KAZEROUNI LAW GROUP, APC**
245 Fischer Ave
Costa Mesa, CA 92626
Phone: 800 400 6808 x2
ak@kazlg.com

Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Joseph J. Smith*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joseph J. Smith,,<br><br>                    Plaintiff,<br>v.<br><br>One Nevada Credit Union,<br><br>                    Defendant. | Case No.: 2:16-cv-02156-GMN-NJK<br><br>**Joint Stipulation and Order to Extend Deadline to File Motion for Preliminary Approval of Class Action Settlement**<br><br>**[Fourth Request][1]** |

---

[1] This stipulation/request only affects the deadline for filing the motion for preliminary approval, whereas the initial request encompassed more issues and deadlines. The parties are therefore charactering this as a "Fourth Request."

Plaintiff Joseph J. Smith ("Plaintiff") and Defendant One Nevada Credit Union ("Defendant" and together with Plaintiff, the "Parties") by and through their counsel of record hereby stipulate to extend the deadline to file a joint motion for preliminary approval of class action settlement, from October 25, 2017 to **November 24, 2017**.

The Parties have executed a class action settlement agreement. Class-related discovery is closed. The Parties have participated in several private mediation sessions. With the assistance of former Clark County District Court Judge Jackie Glass (Ret.), the parties have reached a resolution. A settlement agreement has been approved between the parties. The Parties request that the deadline to file the motion for preliminary approval of class action settlement, be extended 30 days to November 25, 2017 to allow the parties a short amount of additional time to draft a joint motion, avoiding unnecessary motion practice. The parties are hopeful and anticipate filing the motion well before the extension of time sought herein.

Pursuant to LR 26-4, good cause exists to amend the Scheduling Order. The Parties have reached resolution and are actively participating in drafting a joint motion for preliminary approval. The Parties first mediated Plaintiff's claims on May 19, 2017. A second mediation session was held on August 25, 2017. The parties have made progress such that the parties have executed a settlement agreement.

Pursuant to LR 26-4(a), the Parties have propounded and responded to each others' written discovery and have taken depositions of Plaintiff and Defendant's 30(b)(6) witnesses. Pursuant to LR 26-4(b), the Parties request additional time to draft a joint motion for preliminary approval.

Pursuant to LR 26-4(d), the Parties propose the following schedule: the deadline to file the motion for preliminary approval of class action settlement will be **November 24, 2017**.

For these reasons, the Parties jointly request that this Court provide additional time for the Parties to file their motion for preliminary approval.

This is the Parties' fourth request for an extension of this deadline.

DATED this 24th day of October 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**SANTORO WHITMIRE**

By: /s/ James E. Whitmire
James E. Whitmire, Esq.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 25, 2017