1 Abbas Kazerounian, Esq.
2 *Pro Hac Vice*
   **KAZEROUNI LAW GROUP, APC**
3 245 Fischer Ave
4 Costa Mesa, CA 92626
   Phone: 800 400 6808 x2
5 ak@kazlg.com

6 Michael Kind, Esq.
7 Nevada Bar No. 13903
   **KAZEROUNI LAW GROUP, APC**
8 6069 South Fort Apache Road, Suite 100
9 Las Vegas, NV 89148
   Phone: (800) 400-6808 x7
10 mkind@kazlg.com

11 David H. Krieger, Esq.
   Nevada Bar No. 9086
12 **HAINES & KRIEGER, LLC**
13 8985 S. Eastern Avenue, Suite 350
   Henderson, NV 89123
14 Phone: (702) 880-5554
15 dkrieger@hainesandkrieger.com
16 *Attorneys for Plaintiff Joseph J. Smith*

1   Abbas Kazerounian, Esq.
2   *Pro Hac Vice*
     **KAZEROUNI LAW GROUP, APC**
3   245 Fischer Ave
4   Costa Mesa, CA 92626
     Phone: 800 400 6808 x2
5   ak@kazlg.com

6   Michael Kind, Esq.
7   Nevada Bar No. 13903
     **KAZEROUNI LAW GROUP, APC**
8   6069 South Fort Apache Road, Suite 100
9   Las Vegas, NV 89148
     Phone: (800) 400-6808 x7
10 mkind@kazlg.com

11 David H. Krieger, Esq.
   Nevada Bar No. 9086
12 **HAINES & KRIEGER, LLC**
13 8985 S. Eastern Avenue, Suite 350
   Henderson, NV 89123
14 Phone: (702) 880-5554
15 dkrieger@hainesandkrieger.com
16 *Attorneys for Plaintiff Joseph J. Smith*

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Joseph J. Smith, *on behalf of himself and all others similarly situated*,<br><br>              Plaintiff,<br>v.<br><br>One Nevada Credit Union,<br><br>              Defendant. | Case No.: 2:16-cv-02156-GMN-NJK<br><br>**Joint Stipulation and Order to Extend Deadline to File Motion for Preliminary Approval of Class Action Settlement**<br><br>**[Fifth Request]** [1] |

---

[1] "Fifth request" may be a misnomer in that prior requests involved different issues

1   Plaintiff Joseph J. Smith ("Plaintiff") and Defendant One Nevada Credit Union
2   ("Defendant" and together with Plaintiff, the "Parties") by and through their
3   counsel of record hereby stipulate to extend the deadline to file a joint motion for
4   preliminary approval of class action settlement, from November 24, 2017 to
5   **December 4, 2017**—a ten calendar day extension.

6   The Parties' joint motion is ready to be filed. However, on Wednesday—the
7   day before Thanksgiving—an issue arose relating to certain class data. The
8   Parties met and conferred. Because of the holiday weekend, the Parties require a
9   short amount of additional time to discuss this matter among counsel and clients.
10  Thus, good cause exists to amend the Scheduling Order pursuant to LR 26-4.

11  Pursuant to LR 26-4(d), the Parties propose the following schedule: the
12  deadline to file the motion for preliminary approval of class action settlement will
13  be **Monday, December 4, 2017**. For these reasons, the Parties jointly request that
14  this Court provide additional time for the Parties to file their motion for preliminary
15  approval.
16  ///
17  ///
18  ///

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

STIPULATION TO EXTEND DEADLINE    2    CASE NO.: 2:16-cv-02156-GMN-NJK

This is the Parties' fifth request for an extension of this deadline.

DATED this 24th day of November 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**SANTORO WHITMIRE**

By: /s/ James E. Whitmire
James E. Whitmire, Esq.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _November 27, 2017_____