JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:   702/948-8773

*Attorney for Defendant*
*One Nevada Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH J. SMITH, | Case No.:  2:16-cv-02156-GMN-NJK |
| Plaintiff, | |
| vs. | |
| ONE NEVADA CREDIT UNION, | |
| Defendant. | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**

ONE NEVADA CREDIT UNION ("Defendant" or "ONCU"), by and through its counsel of record, hereby files Defendant's Response to Plaintiff's Motion Attorneys' Fees, Costs, and Incentive Award.

1. Defendant, while not agreeing with every point in the Motion for Attorneys' Fees, Costs, and Incentive award, does not oppose the request for fees, costs, and incentive award.[1]

---

[1] Defendant, for example, continues to deny liability and disagrees with any suggestion of unlawful conduct. That being said, Defendant concurs that a settlement was reached; that the settlement was non-collusive and the by-product of arms' length negotiations; that the parties disputed the strength of plaintiff's claims and whether the claims were suitable for class action treatment; that further litigation would be extensive and complex and would cause the parties to incur significant risks and expenses; that the amount offered will fairly and adequately

2. This Response (non-opposition) is being filed separately as opposed to a joint motion for fees, costs, and interim award.

3. Defendant is filing a separate document as not to concede to every factual statement and/or allegation contained in the Plaintiff's Motion.

DATED this 9th day of January, 2019.

**SANTORO WHITMIRE**

/s/ James E. Whitmire
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135

*Attorney for Defendant One Nevada Credit Union*

──────────────── (continued)
compensate class members; that this is a reasonable settlement; and, that certification of the settlement class is appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 9th day of January, 2019 and pursuant to Fed. R. Civ. P. 5(b), a true and correct copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD** was electronically filed with the Clerk of the Court by using ECF service which provide copies to all counsel of record registered to receive ECF notification in this case to wit:

Abbas Kazerounian, Esq.
*Pro Hac Vice*
Michael Kind, Esq.
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808
ak@kazlg.com
mkind@kazlg.com

David H. Krieger, Esq.
**HAINES & KRIEGER, LLC**
8985 S. Eastern Ave., Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Joseph J. Smith*

                        */s/ Asmeen Olila-Stoilov*
                        An employee of SANTORO WHITMIRE