# EXHIBIT 1

Abbas Kazerounian, Esq.
*Pro Hac Vice*
Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808
ak@kazlg.com
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Ave., Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Class Counsel*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Joseph J. Smith, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>One Nevada Credit Union,<br><br>Defendant. | Case No.: 2:16-cv-02156-GMN-NJK<br><br>**Supplemental Brief in support of Motion for Final Approval of Class Action Settlement [ECF No. 60]**<br><br>Hearing: March 5, 2019<br>Time: 11:00 am<br>Courtroom: 7D<br><br>Chief Judge Gloria M. Navarro |

Plaintiff Joseph J. Smith's ("Plaintiff") motion for final approval of class action settlement was filed on February 5, 2019. ECF No. 60.

At the time the motion was filed, Kurtzman Carson Consultants, LLC ("KCC" or "Claims Administrator") had received 12,764 timely claim forms (8,887

by mail and 3,877 online). Hack Dec., ECF No. 60-5, ¶ 12.

Since that time, KCC received an additional 201 timely claim forms. Hack Suppl. Dec., ¶¶ 2-3. Another 52 claim forms were received but were untimely. *Id.*

In total, 13,017 timely claim forms (9,140 by mail and 3,877 online) have been received. *Id.* No additional requests for exclusion and no objections have been received.

As a result, should this Court grant the pending motions, each claimant will receive approximately $20.74, instead of the $21.15 cited in the motion. The claims rate is now approximately 14.90% instead of about 14.61% discussed in the motion. The high claims rate, lack of objections, and few requests for exclusion supports that the Class was given sufficient notice and understood and approved the Settlement as fair, reasonable, and adequate.

DATED this 4th day of March 2019.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Class Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH J. SMITH, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONE NEVADA CREDIT UNION,<br><br>　　　　　Defendant. | Case No.: 2:16-cv-02156-GMN-NJK<br><br>**SUPPLEMENTAL DECLARATION OF H. JACOB HACK ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING NOTICE** |

## **SUPPLEMENTAL DECLARATION OF H. JACOB HACK ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING NOTICE**

I, H. Jacob Hack, declare:

1. I am employed as a project manager by Kurtzman Carson Consultants ("KCC"), a nationally-recognized notice and claims administration firm located at 462 South 4th Street, Louisville, KY 40202. KCC was retained as the Settlement Administrator in this case, and as the project manager, I oversee all aspects of the administrative services provided. I submit this supplemental declaration regarding the *Smith v. One Nevada Credit Union*, Notice Program.

2. Since my previous declaration, dated February 5, 2019, KCC has received 253 additional paper claims. Of the 253 paper claims, 201 were timely claims and 52 were late claims.

3. The deadline to submit a Claim Form was January 24, 2019. To date, KCC has received 13,017 timely claims. Of those, 3,877 claims were submitted online and 9,140 claims were submitted via postal mail.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 4th of March, 2019, at Louisville, Kentucky.

_____
H. Jacob Hack